Jonathan Short
Omar Bareentto
**McCARTER & ENGLISH, LLP**
Four Gateway Center
100 Mulberry Street
Newark, New Jersey 07102
973-622-4444

Mark D. Giarratana (*pro hac vice*)
Kevin L. Reiner (*pro hac vice*)
**McCARTER & ENGLISH LLP**
City Place I
185 Asylum Street
Hartford, CT 06103
860-275-6700

*Counsel for Plaintiff QuantifiCare, Inc.*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| QUANTIFICARE, INC., | Civil Action No. |
| Plaintiff, | |
| v. | **CORPORATE DISCLOSURE STATEMENT OF PLAINTIFF QUANTIFICARE, INC.** |
| CANFIELD SCIENTIFIC, INC., | |
| Defendant. | **JURY TRIAL DEMANDED** |

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff QuantifiCare, Inc. states that QuantifiCare S.A. is a parent company of QuantifiCare, Inc., and that no publicly held company owns 10% or more of QuantifiCare, Inc. or QuantifiCare S.A.

ME1 34096778v.1

                                        Respectfully submitted,

                                        **MCCARTER & ENGLISH, LLP**

Dated: September 3, 2020             */s/ Jonathan Short*
                                        Jonathan Short
                                        Omar Bareentto
                                        Four Gateway Center
                                        100 Mulberry Street
                                        Newark, New Jersey 07102
                                        973-622-4444

                                        Mark D. Giarratana (*pro hac vice*)
                                        Kevin L. Reiner (*pro hac vice*)
                                        **McCARTER & ENGLISH, LLP**
                                        CityPlace I
                                        185 Asylum Street
                                        Hartford, CT 06103
                                        860-275-6700

                                        *Counsel for Plaintiff QuantifiCare, Inc.*